UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL DEAN,

    Plaintiff,

v.                                            Cv. No. 02-2378-Ma

HAROLD DePRIEST,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure of plaintiff to prosecute.


**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


October 7, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _10-2-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:02-CV-02378 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

Michael Dean
W.T.S.P.
208326
P.O. Box 1150
Henning, TN 38041--115

Honorable Samuel Mays
US DISTRICT COURT